```
VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
CARL R. MURPHY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-0064 GEB |
|           Plaintiff, ) | |
|   v. ) | **STIPULATION AND ORDER CONTINUING STATUS HEARING** |
| CARL R. MURPHY, ) | Date:  June 24, 2005 |
|           Defendant. ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

     CARL R. MURPHY, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, ANNE PINGS, Asst. U.S. Attorney, hereby agree to continue the status hearing set for April 29, 2005 to June 24, 2005, at 9:00 a.m.

     This continuance is requested to permit the defense to continue its investigation into possible defenses to the charges.  In addition, the parties seek additional time to work on settlement options.

\\\

\\\

\\\

The parties further agree and stipulate that time should be excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) for the following reason: time for counsel to prepare (Local Code T4).  Accordingly time is excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from April 29, 2005, through and including June 24, 2005.  Mr. Murphy is in custody and consents to this stipulation.

IT IS SO STIPULATED.

Dated: April 29, 2005

                                            Respectfully submitted,

                                            /s/ Signature on file w/CODY
                                            VICKI E. CODY
                                            Attorney for Defendant
                                            CARL R. MURPHY

Dated: April 29, 2005

                                            McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY

                                            /s/ Signature on file w/CODY
                                            ANNE PINGS
                                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 6, 2005

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge