VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
CARL R. MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARL R. MURPHY,<br><br>  Defendant.<br>_____ | NO. CR-S-05-0064 GEB<br><br>**STIPULATION AND ORDER RE JUDGMENT AND SENTENCING**<br><br>Date: April 28, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

CARL R. MURPHY, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, ANNE PINGS, Asst. U.S. Attorney, hereby agree to continue Mr. Murphy's judgment and sentencing schedule as follows:

    Informal Objections due on or before:        March 31, 2006;
    Final Presentence Report due on or before:   April 7, 2006;
    Formal Objections and Motion to Correct PSR: April 14, 2006;
    Government Response to Motion to Correct PSR: April 21, 2006;
    Judgment and Sentencing hearing:             April 28, 2006.

1     Mr. Murphy is in custody and consents to this stipulation and
2  order.
3     IT IS SO STIPULATED.
4
   Dated: March 22, 2006
5                                           Respectfully submitted,
6                                           /s/ Signature on file w/CODY
                                            VICKI E. CODY
7                                           Attorney for Defendant
                                            CARL R. MURPHY
8
9  Dated: March 22, 2006
                                            McGREGOR W. SCOTT
10                                          UNITED STATES ATTORNEY
11                                          /s/ Signature on file w/CODY
                                            ANNE PINGS
12                                          Assistant U.S. Attorney
13
                             **ORDER**
14
   IT IS SO ORDERED.
15
   Dated:  April 19, 2006
16
17                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
18                                          United States District Judge
19
20
21
22
23
24
25
26
27
28

2

```
 1  VICKI E. CODY, Bar #157842
    Attorney At Law
 2  P.O. Box 189685
    Sacramento, California 95818
 3  Telephone: (916) 442-1468
    Facsimile: (916) 442-1963
 4
    Attorney for Defendant
 5  CARL R. MURPHY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )  | NO. CR-S-05-0064 GEB |
|              Plaintiff,        )   | **CERTIFICATE OF SERVICE** |
|     v.                         )   | |
| CARL R. MURPHY,                )   | |
|              Defendant.        )   | |
| _____ )   | |

    The undersigned hereby certifies that she is a person of such age and discretion and competent to serve papers.

    On March 22, 2006, I caused to be served a copy of the attached **STIPULATION AND ORDER** upon the parties as follows:

<u>VIA U.S. MAIL</u>                      <u>VIA U.S. MAIL</u>
Anne Pings, AUSA                    Terry Sherbondy, USPO
501 I Street, 10th Floor           501 I Street, 2nd Floor
Sacramento, CA 95814                Sacramento, CA 95814

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2006

                                        <u>/s/ Signature on file w/CODY</u>
                                             VICKI E. CODY

3