UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 6, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CARL MURPHY,<br><br>        Defendant. | Case No. 2:05-cr-00064-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, CARL MURPHY, Case No. 2:05-cr-00064-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Previously Imposed TSR Conditions

   ____   Bail Posted in the Sum of: $

        ____   Co-Signed Unsecured Appearance Bond

        ____   Secured Appearance Bond

   ____   (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __4/6/2015__ at __2:06 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge